UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| RHONDA JEAN CORNETTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 7:24-CV-30-REW |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Order entered on this day, and pursuant to Federal Rule of Civil Procedure 58, the Court:

1. **DENIES** Cornette's request for judgment (DE 11);

2. **AFFIRMS** the Agency's decision under sentence four of 42 U.S.C. § 405(g);

3. **DIRECTS** the Clerk to strike this matter from the Court's active docket.

This the 28th day of January, 2025.

Signed By:
Robert E. Wier
United States District Judge